UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
CIVIL DOCKET ENTRIES FOR CASE A04-0222--CV (RRB)
"GBC CONTRACTORS EX REL V CONTINENTAL CASUALTY"

Including terminated parties, excluding terminated counsel

```
   Presiding Judge:  The Honorable Ralph R. Beistline, U.S. District Judge
   Magistrate Judge:
     Referral Rule:
             Filed: 09/23/04
            Closed: NO

      Jurisdiction: (1) U.S. Plaintiff
     PLF Diversity:
     DEF Diversity:

    Nature of Suit: (130) Miller Act

            Origin: (1) Original Proceeding
            Demand: 100
        Filing fee: Paid $150.00 on 09/23/04 receipt # 00124058
          Trial by: Court
```

Parties of Record:                                    Counsel of Record:

| | | |
|---|---|---|
| PLF 1.1 | GBC LLC CONTRACTORS EX REL | Raymond H. Royce III<br>Royce & Brain<br>1407 W. 31st Avenue, 7th Floor<br>Anchorage, AK 99503-3678<br>907-258-6792<br>FAX 907-276-2919<br><br>Jason L. Bergevin<br>Law Offices of Royce & Brain<br>1407 W. 31st Avenue, 7th Floor<br>Anchorage, AK 99503-3678<br>907-258-5672<br>FAX 907-279-2919 |
| DEF 1.1 | CONTINENTAL CASUALTY CO | Joseph A. Pollock<br>Davison & Davison Inc<br>3351 Arctic Boulevard<br>Anchorage, AK 99503<br>907-563-6555<br>FAX 907-562-7873 |
| DEF 2.1 | NATIONAL FIRE INSURANCE CO OF HARTFORD | Joseph A. Pollock<br>(see above) |
| DEF 3.1 | SEABOARD SURETY CO | Joseph A. Pollock<br>(see above) |
| DEF 4.1 | ST. PAUL FIRE & MARINE INSURANCE CO | Joseph A. Pollock<br>(see above) |

```
                 UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                     CIVIL DOCKET ENTRIES FOR CASE A04-0222--CV (RRB)
                       "GBC CONTRACTORS EX REL V CONTINENTAL CASUALTY"

                                     For all filing dates


    Presiding Judge:  The Honorable Ralph R. Beistline, U.S. District Judge
    Magistrate Judge:
       Referral Rule:
              Filed: 09/23/04
             Closed: NO

       Jurisdiction: (1) U.S. Plaintiff
      PLF Diversity:
      DEF Diversity:

    Nature of Suit: (130) Miller Act

             Origin: (1) Original Proceeding
             Demand: 100
         Filing fee: Paid $150.00 on 09/23/04 receipt # 00124058
           Trial by: Court


Document #   Filed      Docket text
_____   _____   _____

    1 -  1   09/23/04   Complaint filed w/att exhs; Summons issued.

    2 -  1   11/22/04   DEF 1-4 Attorney Appearance of Joseph A. Pollock.

    3 -  1   11/24/04   DEF 1-4 Answer to Complaint.

    4 -  1   12/07/04   RRB Minute Order re: initial case stat rpt/case S&P; Rule 16(b) rpt is
                        due w/i 28 days from svc of this ord. cc: cnsl

    5 -  1   12/28/04   PLF 1 Return of Service Executed re: DEF 3 on 11/9/04;DEF 1 on
                        11/12/04;DEF 4 on 11/13/04 and DEF 2 on 11/12/04.

    6 -  1   01/04/05   PLF 1; DEF 1-4 Scheduling and Planning Conference Report.

    7 -  1   01/04/05   PLF 1 Disclosure Statement.

    8 -  1   01/05/05   DEF 1 Disclosure Statement.

    9 -  1   01/05/05   DEF 2 Disclosure Statement.

   10 -  1   01/05/05   DEF 3 Disclosure Statement.

   11 -  1   01/05/05   DEF 4 Disclosure Statement.

   12 -  1   01/07/05   RRB Scheduling and Planning Order setting pretrial deadlines: Original
                        discovery 10/10/05; Dispositive motions deadline 11/14/05; Estimate of
                        trial 10 days; TBC. cc: cnsl

   13 -  1   01/21/05   DEF 1-4 Stipulation to stay civil action pending arbitration.

   13 -  2   01/21/05   RRB Order granting stipulation to stay civil action pending completion
                        of arbitration (13-1).  cc: cnsl
```