**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ALASKA**

  USA   v.   CONTINENTAL CASUALTY, et al.

DATE:   August 21, 2006    CASE NO.   3:04-cv-0222-RRB

THE HONORABLE RALPH R. BEISTLINE

PROCEEDINGS:   **MINUTE ORDER FROM CHAMBERS**
               **REQUESTING STATUS REPORT**

---

      This matter was stayed pending arbitration on January 24, 2005.  The Plaintiff is to file a status report on or before **September 1, 2006.**

M.O. REQUESTING STATUS REPORT