UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

<u>GBC LLC CONTRACTORS, ex rel</u>   v.   <u>CONTINENTAL CASUALTY, CO., et al</u>

THE HONORABLE RALPH R. BEISTLINE

DEPUTY CLERK                                    CASE NO.  <u>3:04-cv-00222-RRB</u>

<u>CAROLYN BOLLMAN</u>

<u>PROCEEDINGS: **MINUTE ORDER FROM CHAMBERS**    DATE: January 16, 2007</u>

      This case was stayed by court order on January 21, 2005. On August 21, 2006 an order requesting status report was issued at Docket 14.  No report to the court has been received.

      If the court receives neither appropriate closing papers nor a report within thirty (30) days from the date of this order, the court will assume that the parties have settled the case and it will be dismissed with prejudice.

[]{IL3.WPD*Rev.12/96}