Raymond H. Royce, Esq.
Jason L. Bergevin, Esq.
Law Offices of Royce & Brain
1407 W. 31st Avenue, 7th Floor
Anchorage, Alaska 99503-3678
Phone: 907.258.6792
Fax: 907.279.2919

Attorneys for Plaintiff, GBC, LLC Contractors dba Grose Brothers

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| THE UNITED STATES OF AMERICA for the use and benefit of GBC, LLC CONTRACTORS dba GROSE BROTHERS,<br><br>      Plaintiff,<br><br>vs.<br><br>CONTINENTAL CASUALTY COMPANY, NATIONAL FIRE INSURANCE COMPANY OF HARTFORD, SEABOARD SURETY COMPANY and ST. PAUL FIRE AND MARINE INSURANCE COMPANY,<br><br>      Defendant. | <br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br>Case No. A04-0222 CI (RRB) |

## STATUS REPORT

COMES NOW, Plaintiff, GBC, LLC Contractors dba Grose Brothers ("GBC"), by and through counsel of record, the Law Offices of Royce & Brain, and hereby

provides this Court with a status report in response to the January 16, 2007 Minute Order. The Court should leave the present stay in place pending the outcome of the arbitration.

The parties jointly stipulated to stay the present litigation for the purpose of arbitrating the dispute. While neither party has taken steps to initiate arbitration, GBC has completed preparation of its claim and is prepared to proceed. A copy of its claim summary is attached as Exhibit 1. GBC has also filed its Demand for Arbitration with Dispute Prevention & Resolution, Inc., consistent with the terms of the subcontract between GBC and Dick Pacific / Ghemm J.V. ("DPG"). A copy of the Demand is attached as Exhibit 2.

The Sureties arguments concerning the statute of limitations are misplaced in a status report. Both parties agreed to stay the present litigation to pursue arbitration. By staying the present litigation and agreeing to pursue arbitration, the parties effectively tolled the statute of limitations. Both parties have claims to assert against each other. GBC has demanded arbitration of its claims. The present action against the Sureties was filed in a timely manner and should continue with the stay in place while the parties proceed with the arbitration. GBC's action against the Sureties is independent of its action against DPG and should remain in place until the arbitration has concluded. Under the terms of the arbitration clause, the arbitration proceedings must begin within six months of filing the demand for arbitration. The proceedings must conclude within three months of commencing. The

arbitration should be concluded by the end of the year. GBC is prepared to provide the Court with a status report in six months, or alternatively, to provide the Court notice of the arbitration hearing dates as soon as they have been set.

GBC respectfully requests the Court leave the present stay in place pending conclusion of the arbitration proceedings.

RESPECTFULLY SUBMITTED this 16th day of February, 2007.

LAW OFFICES OF ROYCE & BRAIN
Counsel for Grose Brothers


 s/ Jason L. Bergevin
1407 W. 31st Avenue, 7th Floor
Anchorage, Alaska 99503
Telephone: 907-258-6792
Facsimile: 907-276-2919
E-mail: jbergevin@roycebrain.com
Alaska Bar Association No. 9911057

CERTIFICATE OF SERVICE

I hereby certify that on 2/16/07 a true and correct copy of the foregoing document was served via U.S. Mail on:

>   Joseph A. Pollock, Esq.
>   Law Offices of Davison & Davison, Inc.
>   3351 Arctic Blvd.
>   Anchorage, AK 99503

By:_____
    I-hsin Song / Ashley Wills

*Status Report*, Page 4 of 4
*Ex Rel* GBC, LLC Contractors dba Grose Brothers v. Continental Casualty Company, et. al.
Case No. A04-0222 CI (RRB)            V:\Client Folders\1806\pleads\1806.05\1806.05 Status Report.wpd