# BASSETT CLAIM SUMMARY

| DATE | DESCRIPTION | SUB TOTALS | TOTALS | COMMENTS |
|---|---|---|---|---|
| | **BASE SUBCONTRACT** | | | |
| 16-May-02 | Original Subcontract Amount | $ 4,063,000 | | executed by both parties |
| 1-Mar-02 | Subcontract Mod - Rebar Installation 475 Tons | $ 302,450 | | executed by both parties |
| 14-Aug-02 | Subcontract Mod - Revised Scope of Work | $ 120,000 | | executed by both parties |
| | **Subcontract with Mods** | | **$ 4,485,450** | SUBCONTRACT AMOUNT |
| | Rebar Placement Change Order Payment | $ 24,699 | $ 24,699 | RPC change orders DPC agreed to pay. DPC paid this amount with joint check. DPC never formally modified our subcontract. |
| | **Subcontract with Mods and RPC Change Order Payment** | | **$ 4,510,149** | |
| | Total payments GBC has received | $ (4,388,729) | | Total of all payments made by DPC including $24,699 of RPC's CO paid with joint check. |
| | **Balance due GBC on Base Contract** | | **$ 121,420** | |
| | Open Invoices - Union Trust Funds | $ (83,591) | | Union were paid by DPC |
| | **Total Open Invoices** | | **$ (83,591)** | |
| | ***Total Due GBC on Base Subcontract*** | | **$ 37,829** | |
| | **GBC CLAIM ITEMS** | | | |
| | *Total Due GBC on Base Subcontract* | $ 37,829 | | |
| | Equitable Adjustment for Additional Rebar Installed | $ 143,248 | | $302,450 mod to subcontract was for 475 tons. 680 tons actually installed. 205 tons additional at $525/ton with +21% for handling + 10% markup per Subcontract = $143,248. |
| | GBC Change Orders Submitted to DPC | $ 185,035 | | See attached spreadsheet. |
| | DCAA Audit adjustment for labor cost increases | $ 94,021 | | |
| | Measured Mile Analysis | to be calculated | | Delays resulting in second season construction due to impacts of site dewatering, delays in rebar delivery and structural steel impacts. |
| | **GBC CLAIM** | | | |
| | GBC's Total Direct Job Costs | $ 5,976,770 | | see attached job cost report |
| | GBC's Subcontract with Modifications | $ 4,485,450 | | |
| | **GBC's Direct Cost Loss** | | **$ 1,491,320** | Without Markup |
| | **Small Tools Markup @ 3 %** | $ 44,740 | | 3% small tools markup approved by COE |
| | **Overhead Markup @ 15 %** | $ 223,698 | | 15% overhead markup approved by COE |
| | **Profit Markup @ 10 %** | $ 175,975 | | 10% profit markup approved by COE |
| | **GBC Claim with Markup (small tools, overhead & profit)** | | **$ 1,935,733** | |
| | Interest from 9-29-2003 to 1-24-20076 @ 8%, 1219 days | $ 517,185 | | |
| | **TOTAL CLAIM WITH Markup & Interest** | | **$ 2,452,918** | |

1/24/2007