UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

 GBC, LLC CONTRACTORS     v.    CONTINENTAL CASUALTY CO., et al.

DATE:   March 6, 2007    CASE NO.    3:04-CV-0222-RRB

THE HONORABLE RALPH R. BEISTLINE

PROCEEDINGS:    **MINUTE ORDER FROM CHAMBERS**
**RE STATUS REPORTS AT DOCKETS 16 AND 17**

---

The Court will treat Defendants' Status Report filed at Docket 16 as a motion for summary judgment. Plaintiff may have until the close of business on **March 27, 2007**, to file its opposition, if any, and Defendants will have until the close of business on **April 6, 2007**, to file any reply.