Joseph A. Pollock, ABA 9611070
Bruce E. Davison, ABA 8211111
DAVISON & DAVISON, INC.
3351 Arctic Boulevard
Anchorage, AK  99501
Phone:  907-563-6555
Attorneys for Defendants Continental Casualty Co.; National Fire Insurance Co. of Hartford; Seaboard Surety Co.; and St. Paul Fire and Marine Insurance Co.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| THE UNITED STATES OF AMERICA, )<br>for the use and benefit of GBC, LLC )<br>CONTRACTORS dba GROSE BROTHERS, )<br>)<br>Plaintiff, )<br>)<br>v. ) | Case No. A04-0222 Civ. (RRB) |
| )<br>CONTINENTAL CASUALTY COMPANY, )<br>NATIONAL FIRE INSURANCE CO. OF )<br>HARTFORD, SEABOARD SURETY CO., )<br>and ST. PAUL FIRE AND MARINE )<br>INSURANCE COMPANY, )<br>)<br>Defendants. )<br>_____) | |

### AFFIDAVIT OF RONALD YOUNG

STATE OF MONTANA      )
                                          ) ss.
_____ COUNTY     )

COMES NOW Ronald Young and being duly sworn upon oath, deposes and states:

LAW OFFICE OF
DAVISON & DAVISON, INC.
3351 ARCTIC BOULEVARD
ANCHORAGE, ALASKA 99503
(907) 563-6555
FAX (907) 562-7873

AFFIDAVIT OF RON YOUNG
GBC, LLC dba Grose Bros. v. Continental, et al.     1
Case No. A04-0222 Civ.

LAW OFFICE OF
**DAVISON & DAVISON, INC.**
3351 ARCTIC BOULEVARD
ANCHORAGE, ALASKA 99503
(907) 563-6555
FAX (907) 562-7873

1. My name is Ronald Young and I am above the age of 21 and in all ways competent to make this affidavit, which is based on my own personal knowledge.

2. I am currently employed by Dick Corporation as a project executive at a construction project located in Big Sky, Montana.

3. I was the project executive for the Bassett Hospital Replacement Project located at Fort Wainwright, Alaska starting in 2002 until the summer of 2006 and employed by Dick Pacific/Ghemm, J.V.

4. Attached to this affidavit, is a true and correct copy of my letter dated October 1, 2003, written by myself on behalf of Dick Pacific/Ghemm, J.V. to Bob Gross of Grose Brothers.

FURTHER YOUR AFFIANT SAYETH NAUGHT.

DATED at Big Sky, Montana this __6__ day of April 2007.

_____
Ronald Young

SUBSCRIBED AND SWORN to before me this 67th day of April 2007.



_____
NOTARY PUBLIC in and for
the State of Montana
My Commission Expires: 8/17/2010
County of Gallatin
Residing in Bozeman

AFFIDAVIT OF RON YOUNG
GBC, LLC dba Grose Bros. v. Continental, et al.    2
Case No. A04-0222 Civ.

THIS IS TO CERTIFY that on this 6 day
of April 2007, the original above-referenced
document was electronically filed on:

Office of the Clerk
U.S. District Court
722 W. 7th Ave., Box 4
Anchorage, AK  99513

and I hereby certify that on the 6th day of April 2007,
a copy of the foregoing document was served electronically on:

Mr. Raymond Royce
Mr. Jason Bergevin
LAW OFFICES OF ROYCE & BRAIN
1407 W. 31st Ave., 7th Floor
Anchorage, AK  99503

/s/ Julie Eibeck, Legal Secretary
Certification Signature

LAW OFFICE OF
**DAVISON & DAVISON, INC.**
3351 ARCTIC BOULEVARD
ANCHORAGE, ALASKA 99503
(907) 563-6555
FAX (907) 562-7873

AFFIDAVIT OF RON YOUNG
GBC, LLC dba Grose Bros. v. Continental, et al.     3
Case No. A04-0222 Civ.