

Bassett Hospital Replacement
Fort Wainwright, Alaska
Contract No. DACA85-02-C-0004

October 1, 2003

GROSE BROTHERS
205 E. Dimond #515
Anchorage, AK 99515

VIA FAX: 907-349-0495

Attention: Bob Gross

Reference: Contract No. DACA85-02-C-0004
Bassett Hospital Replacement, Ft. Wainwright, Alaska

Subject: Notification of Subcontract Default

Dear Bob:

This letter is your notification that you are in default of your Subcontract Agreement with Dick Pacific/GHEMM, JV on the subject Project.

On Friday, September 26, 2003, Bob Gross met with Jim Ramirez and myself at the jobsite and advised us that Grose Brothers was unable to complete the balance of the work, unable to make payroll for the upcoming week, and unable to pay its current financial obligations, including outstanding Union trust fund dues and payments to vendors for costs attributable to work on the Project. Bob further stated that there was about three weeks of work to be completed for an 8 to 10 men crew.

In view of the above circumstances, Dick Pacific/GHEMM, JV is forced to take over the remaining work, effective October 1, 2003, in order to meet its obligation to the Government. Understanding the predicament that Grose Brothers has imposed upon Dick Pacific/GHEMM, JV, Bob Gross has committed his time and effort in supervising the crews to complete the work within the next few weeks.

Grose Brothers is in further default for failing to defend and indemnify Dick Pacific/GHEMM, JV and its sureties in connection with the suit filed by Rebar Placement Company, and Dick Pacific/GHEMM, JV still requires Grose Brothers to defend and indemnify Dick Pacific/GHEMM, JV and its sureties in connection with that claim.

As a result of this default, Dick Pacific/GHEMM, JV will cease all payments to Grose Brothers and will use the remaining funds to make payments for the completion of the work, inclusive of, but not limited to, all outstanding payments to the Union trust funds, vendors and other financial obligations. Any costs in excess of the Subcontract value that are attributable to Grose Brothers' failure to perform the requirements of their Subcontract Agreement will be the responsibility of Grose Brothers.

■ P.O. Box 35490, Ft. Wainwright, AK 99703-0490  Ph: (907) 356-3174 / Fax: (907) 356-3176 ■

EXHIBIT 1
Page 1 of 2



GROSE BROTHERS
October 1, 2003
Page 2

By the end of the working day, October 3, 2003, Grose Brothers is required to submit a listing of all outstanding financial obligations for the Project.

Very truly yours,

DICK PACIFIC/GHEMM, JV

Ronald Young
Project Executive

RY:kji
Cc:   L. Kawamoto
      JV Executive Committee
      T. Gross (via fax: 253-639-7282)

EXHIBIT 1
Page 2 of 2