## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ALASKA

  GBC, LLC CONTRACTORS   v.   CONTINENTAL CASUALTY, et al.

DATE:   April 18, 2007          CASE NO.   3:04-cv-0222-RRB

THE HONORABLE RALPH R. BEISTLINE

PROCEEDINGS:   **MINUTE ORDER FROM CHAMBERS
DENYING MOTION FOR SUMMARY JUDGMENT**

---

At Docket 16 are Defendants Continental Casualty Company, National Fire Insurance Co. of Hartford, Seaboard Surety Co., and St. Paul Fire and Marine Insurance Company with a Status Report, which the Court has treated as a Motion for Summary Judgment (<u>see</u> Docket 18). Plaintiff GBC, LLC Contractors d/b/a Gross Brothers, opposes at Docket 19. For the reasons more carefully articulated therein, Defendants' Motion for Summary Judgment at Docket 16 is hereby **DENIED**.

Plaintiff is directed to provide the Court with a status report on or before **Friday, July 27, 2007.**