Raymond H. Royce, Esq.
Jason L. Bergevin, Esq.
Law Offices of Royce & Brain
1407 W. 31st Avenue, 7th Floor
Anchorage, Alaska 99503-3678
Phone: 907.258.6792
Fax: 907.279.2919

Attorneys for Plaintiff, GBC, LLC Contractors dba Grose Brothers

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| THE UNITED STATES OF AMERICA for the use and benefit of GBC, LLC CONTRACTORS dba GROSE BROTHERS,<br><br>Plaintiff,<br><br>vs.<br><br>CONTINENTAL CASUALTY COMPANY, NATIONAL FIRE INSURANCE COMPANY OF HARTFORD, SEABOARD SURETY COMPANY and ST. PAUL FIRE AND MARINE INSURANCE COMPANY,<br><br>Defendant. | Case No. A04-0222 CI (RRB) |

## STATUS REPORT

COMES NOW, Plaintiff, GBC, LLC Contractors dba Grose Brothers ("GBC"), by and through counsel of record, the Law Offices of Royce & Brain, and hereby provides this Court with a status report in response to the April 18, 2007 Minute Order.

Arbitration is currently scheduled to commence on October 15, 2007. The parties have exchanged document requests and witness disclosures. The parties will exchange exhibits and pre-hearing briefs on October 5, 2007. Plaintiff respectfully requests the Court allow the stay presently in effect to remain in effect until the Arbitrator has rendered a decision in this matter.

RESPECTFULLY SUBMITTED this 23rd day of July, 2007.

LAW OFFICES OF ROYCE & BRAIN
Counsel for Grose Brothers

 s/ Jason L. Bergevin
1407 W. 31st Avenue, 7th Floor
Anchorage, Alaska 99503
Telephone: 907-258-6792
Facsimile: 907-276-2919
E-mail: jbergevin@roycebrain.com
Alaska Bar Association No. 9911057

CERTIFICATE OF SERVICE

I hereby certify that on 7/23/07 a true and
correct copy of the foregoing document was
served via electronic service on:

    Joseph A. Pollock, Esq.
    Law Offices of Davison & Davison, Inc.
    3351 Arctic Blvd.
    Anchorage, AK 99503


By:   I-hsin Song
       I-hsin Song / Ashley Wills

*Status Report*, Page 3 of 3
*Ex Rel* GBC, LLC Contractors dba Grose Brothers v. Continental Casualty Company, et. al.
Case No. A04-0222 CI (RRB)    V:\Client Folders\1806\pleads\1806.05\1806.05 Status Report (2).wpd