UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA


GBC, LLC CONTRACTORS dba GROSE BROTHERS
v.
CONTINENTAL CASUALTY CO, et al

THE HONORABLE RALPH R. BEISTLINE

DEPUTY CLERK                                CASE NO.  3:04-CV-00222-RRB

 CAROLYN BOLLMAN


PROCEEDINGS:  **MINUTE ORDER FROM CHAMBERS**    DATE: February 22, 2008

      The court received a status report dated 07-23-1007 at docket 23 requesting that the stay in this action remain in effect pending arbitration scheduled to occur in October 2007. Nothing has been filed in this case since that time.

      A further status report shall be filed by counsel for plaintiff on or before March 3, 2008, unless closing papers are sooner filed.


[ ]{IIA4.WPD*Rev.12/96}