**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ALASKA**

GBC, LLC CONTRACTORS d/b/a GROSE BROTHERS
v.
CONTINENTAL CASUALTY CO, et al

THE HONORABLE RALPH R. BEISTLINE

DEPUTY CLERK                                        CASE NO.   3:04-cv-00222-RRB

CAROLYN BOLLMAN

PROCEEDINGS: **MINUTE ORDER FROM CHAMBERS**       DATE: March 5, 2008

A minute order requiring a status report was issued in this case, and no timely report was filed. Plaintiff shall show cause within 15 days from the date of this minute order why this case should not be dismissed.

[]{IIA2.WPD*Rev.12/96}