Raymond H. Royce, Esq.
Jason L. Bergevin, Esq.
Law Offices of Royce & Brain
1407 W. 31st Avenue, 7th Floor
Anchorage, Alaska 99503-3678
Phone: 907.258.6792
Fax: 907.279.2919

Attorneys for Plaintiff, GBC, LLC Contractors dba Grose Brothers

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| THE UNITED STATES OF AMERICA for the use and benefit of GBC, LLC CONTRACTORS dba GROSE BROTHERS,<br><br>         Plaintiff,<br><br>    vs.<br><br>CONTINENTAL CASUALTY COMPANY, NATIONAL FIRE INSURANCE COMPANY OF HARTFORD, SEABOARD SURETY COMPANY and ST. PAUL FIRE AND MARINE INSURANCE COMPANY,<br><br>         Defendant. | <br><br><br><br><br><br><br><br><br><br><br><br><br><br><br>Case No. 3:04-cv-0222 (RRB) |

**STATUS REPORT**

COMES NOW, Plaintiff, GBC, LLC Contractors dba Grose Brothers ("GBC"), by and through counsel of record, the Law Offices of Royce & Brain, and hereby provides this Court with notice that GBC and Dick Pacific / Ghemm JV have resolved the

dispute underlying this action. The parties are preparing the settlement documents and expect to have them finalized shortly. The settlement agreement contemplates two payments to be made. The second and final payment will be made within 60 days. Upon receipt of the final payment, the parties will file a stipulation to dismiss this action with prejudice.

RESPECTFULLY SUBMITTED this 11th day of April, 2008.

LAW OFFICES OF ROYCE & BRAIN
Counsel for Grose Brothers

s/ Jason L. Bergevin
1407 W. 31st Avenue, 7th Floor
Anchorage, Alaska 99503
Telephone: 907-258-6792
Facsimile: 907-276-2919
E-mail: jbergevin@roycebrain.com
Alaska Bar Association No. 9911057

CERTIFICATE OF SERVICE

I hereby certify that on 4/11/08 a true and
correct copy of the foregoing document was
served via electronic service on:

    Joseph A. Pollock, Esq.
    Law Offices of Davison & Davison, Inc.
    3351 Arctic Blvd.
    Anchorage, AK 99503


By:   Angela Morganthal
    Angela Morganthal / Kerry Kubly

*Status Report*, Page 2 of 2
*Ex Rel* GBC, LLC Contractors dba Grose Brothers v. Continental Casualty Company, et. al.
Case No. A04-0222 CI (RRB)