Raymond H. Royce, Esq.
Jason L. Bergevin, Esq.
Law Offices of Royce & Brain
1407 W. 31st Avenue, 7th Floor
Anchorage, Alaska 99503-3678
Phone: 907.258.6792
Fax: 907.279.2919

Attorneys for Plaintiff, GBC, LLC Contractors dba Grose Brothers

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| THE UNITED STATES OF AMERICA for the use and benefit of GBC, LLC CONTRACTORS dba GROSE BROTHERS,<br><br>      Plaintiff,<br><br>    vs.<br><br>CONTINENTAL CASUALTY COMPANY, NATIONAL FIRE INSURANCE COMPANY OF HARTFORD, SEABOARD SURETY COMPANY and ST. PAUL FIRE AND MARINE INSURANCE COMPANY,<br><br>      Defendant. | <br><br><br><br><br><br><br><br><br><br><br><br><br><br>Case No. 3:04-cv-0222 (RRB) |

**STIPULATION TO DISMISS**

The parties, by and through their counsel of record, pursuant to Fed. R. Civ. P. 41(a)(1), hereby stipulate to dismiss all claims in this action with prejudice, each party to bear its own costs and attorney's fees.

RESPECTFULLY SUBMITTED this 17th day of June, 2008.

LAW OFFICES OF ROYCE & BRAIN
Counsel for Grose Brothers


 s/ Jason L. Bergevin
1407 W. 31st Avenue, 7th Floor
Anchorage, Alaska 99503
Telephone: 907-258-6792
Facsimile: 907-276-2919
E-mail: jbergevin@roycebrain.com
Alaska Bar Association No. 9911057

DAVISON & DAVISON, INC.
Counsel for Defendants Continental Casualty Co.; National Fire Insurance Co. of Hartford; Seaboard Surety Co.; and St. Paul Fire and Marine Insurance Co.


 s/ Joseph A. Pollock
3351 Arctic Boulevard
Anchorage, Alaska 99503
Telephone: 907-563-6555
Facsimile: 907-562-7873
E-mail: japollock@gci.net
Alaska Bar Association No. 9611070

*Stipulation to Dismiss*, Page 2 of 3
*Ex Rel* GBC, LLC Contractors dba Grose Brothers v. Continental Casualty Company, et. al.
Case No. A04-0222 CI (RRB)

CERTIFICATE OF SERVICE

I hereby certify that on 6/17/08 a true and correct copy of the foregoing document was served via electronic service on:

>Joseph A. Pollock, Esq.
>Law Offices of Davison & Davison, Inc.
>3351 Arctic Blvd.
>Anchorage, AK 99503

By:   Angela Morganthal
      Angela Morganthal / Kerry Kubly

*Stipulation to Dismiss*, Page 3 of 3
*Ex Rel* GBC, LLC Contractors dba Grose Brothers v. Continental Casualty Company, et. al.
Case No. A04-0222 CI (RRB)