Raymond H. Royce, Esq.
Jason L. Bergevin, Esq.
Law Offices of Royce & Brain
1407 W. 31st Avenue, 7th Floor
Anchorage, Alaska 99503-3678
Phone: 907.258.6792
Fax: 907.279.2919

Attorneys for Plaintiff, GBC, LLC Contractors dba Grose Brothers

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| THE UNITED STATES OF AMERICA for the use and benefit of GBC, LLC CONTRACTORS dba GROSE BROTHERS,<br><br>      Plaintiff,<br><br>    vs.<br><br>CONTINENTAL CASUALTY COMPANY, NATIONAL FIRE INSURANCE COMPANY OF HARTFORD, SEABOARD SURETY COMPANY and ST. PAUL FIRE AND MARINE INSURANCE COMPANY,<br><br>      Defendant. | <br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br>Case No. 3:04-cv-0222 (RRB) |

**ORDER GRANTING STIPULATION TO DISMISS**

This Court, having received the parties Stipulation to Dismiss pursuant to Fed. R. Civ. P. 41(a)(1), hereby GRANTS the parties stipulation. This case is DISMISSED WITH PREJUDICE, each party to bear its own costs and attorney's fees.

DATED this _____ day of _____, 2008.

_____
Honorable RALPH R. BEISTLINE
U.S. District Court Judge

CERTIFICATE OF SERVICE

I hereby certify that on 6/17/08 a true and correct copy of the foregoing document was served via electronic service on:

    Joseph A. Pollock, Esq.
    Law Offices of Davison & Davison, Inc.
    3351 Arctic Blvd.
    Anchorage, AK 99503

By:   Angela Morganthal
    Angela Morganthal / Kerry Kubly

*Stipulation to Dismiss - Order*, Page 2 of 2
*Ex Rel* GBC, LLC Contractors dba Grose Brothers v. Continental Casualty Company, et. al.
Case No. A04-0222 CI (RRB)